In the Matter of CHARLES SIMOLDONI, an attorney at law.

Argued June 19, 1950.

For the rule: *Mr. James A. Major.*

For the respondent: *Mr. John E. Selser.*

Name of respondent ordered stricken from the roll of attorneys and counsellors, June 27, 1950.